NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000456
31-DEC-2012
10:15 AM**

NOS. CAAP-12-0000456, CAAP-12-0000455,
CAAP-12-0000623, AND CAAP-12-0000624

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
MICHAEL GLENN SULLIVAN and ROLANDO ALEGADO AGUSTIN,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 10-1-00153)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the Plaintiff-Appellant State of Hawai'i's motion to dismiss appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. Each party shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, December 31, 2012.

Chief Judge

Associate Judge

Associate Judge